AUGUST 6, 1940

**No. 44190.**—SUIT 4319.——*United States* v. *Cohn & Lewis.* C. D. 314. Appeal dismissed June 21, 1940; not yet reported.

**No. 44191.**—SUIT 4259.——*United States* v. *Mexican Petroleum Corp.* C. D. 133 reversed. C. A. D. 130.

AUGUST 7, 1940

**No. 44192.**—SUIT 4265.—*John Wroblewski* v. *United States.* reversed. C. A. D. 137.

BEFORE THE FIRST DIVISION, AUGUST 12, 1940

**No. 44193.**—Protests 966362–G, etc., of James H. Rhodes & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291) the merchandise in question was held dutiable as pumice stone, unmanufactured, at one-tenth of 1 cent per pound under paragraph 206 as claimed.

**No. 44194.**—Protests 966363–G, etc., of Rustain Products, Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291) the merchandise in question was held dutiable as pumice stone, unmanufactured, at one-tenth of 1 cent per pound under paragraph 206 as claimed.

**No. 44195.**—Protests 970494–G, etc., of K. F. Griffiths & Co., Inc. (New York)

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291) the merchandise in question was held dutiable as pumice stone, unmanufactured, at one-tenth of 1 cent per pound under paragraph 206 as claimed.

**No. 44196.**—Protest 33097–K of Whittaker Clark & Daniels, Inc. (Boston).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291) the merchandise in question was held dutiable as pumice stone, unmanufactured, at one-tenth of 1 cent per pound under paragraph 206 as claimed.

BEFORE THE FIRST DIVISION, AUGUST 13, 1940

**No. 44197.**—Protest 553450–G of Feltex Corp. (New York).